# United States Court of Appeals
## For the Eighth Circuit

_____

No. 14-1629

_____

Chad William Lensing,

*Plaintiff - Appellant,*

v.

Carolyn W. Colvin, Acting Commissioner of Social Security,

*Defendant - Appellee.*

_____

Appeal from United States District Court
for the Western District of Arkansas - Ft. Smith

_____

Submitted: December 22, 2014
Filed: December 30, 2014
[Unpublished]

_____

Before SMITH, BOWMAN, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

Chad William Lensing appeals the district court's[1] order affirming the denial of disability insurance benefits and supplemental security income. For reversal, Lensing raises claims regarding the administrative law judge's (ALJ's) failure to develop the record, the ALJ's findings on what constituted severe impairments, the credibility assessments made, and the lack of weight that the ALJ gave to medical source statements and restrictions that were noted by treating mental health care providers. Following a careful and thorough review of the record, we conclude that the ALJ's determination is supported by substantial evidence on the record as a whole, that Lensing's arguments do not support reversal, and that an extended discussion is not warranted. Accordingly, we affirm the district court's judgment. *See* 8th Cir. R. 47B.

_____

[1]The Honorable Robert T. Dawson, United States District Judge for the Western District of Arkansas, adopting the report and recommendations of the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas.